## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Sara Mares, being duly sworn, hereby declare and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since March 2016. I am presently assigned to the ATF Colorado Springs Field Office in Colorado Springs, Colorado. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I was trained as an ATF Special Agent at the Federal Law Enforcement Training Center in Glynco, Georgia.

2. As an ATF Special Agent (SA), I have participated in federal investigations involving the distribution of controlled substances as well as federal firearms violations. During these investigations, I have experience with various types of investigative techniques, to include electronic surveillance, undercover agents and informants, and controlled purchases of firearms and narcotics from suspects. I have participated in physical surveillance operations and have participated in the execution of federal arrest and search warrants. In addition to utilizing the aforementioned investigative techniques, I have been required during these investigations to analyze information resulting from traditional record searches, as well as reviewing previous case files.

3. This affidavit is made in support of a criminal complaint and arrest warrant for Clinton WHITE for violations of Title 18 U.S.C. § 111(a)(1), by forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with any person designated in section 1114 of this title – a federal officer – while engaged in or on account of the performance of official duties.

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the arrest of WHITE, I have not included each and every fact known to me concerning

this investigation. Rather, I have set forth only those facts that I believe are necessary to support the lawful arrest of WHITE. The statements contained in this affidavit are based on information provided to me by other Special Agents working within the ATF Colorado Springs Field Office, other law enforcement, as well as my training, experience, and knowledge of this investigation. However, no facts that could undermine a finding a probable cause have been omitted.

## FACTS IN SUPPORT OF PROBABLE CAUSE

5.  On February 27, 2018 ATF Special Agents (SAs) and Task Force Officers (TFOs) were assisting Colorado Department of Corrections Adult Parole in executing a search warrant on the residence located at 4110 Edwin Stowe Avenue in the City of Colorado Springs, in the state of Colorado. As officers were concluding the execution of the warrant, the homeowner, Antoinette Grubb, and several acquaintances requested that they be allowed to retrieve a vehicle from the property so that they could pick the homeowner's children up from school. ATF Special Agents located around the exterior perimeter of the residence told Grubb and her acquaintances they could retrieve the vehicle from the driveway at the rear of the residence.

6.  While in the process of moving vehicles, Grubb and her associates became belligerent and hostile towards Agents. SA Cooper informed Grubb if they did not calm down and become cooperative, they would not be allowed to retrieve the vehicle until law enforcement was completely finished processing the scene. Despite this warning, the parties became increasingly verbally abusive toward Special Agents, at which point they were told they needed to leave the property until law enforcement had finished processing the scene. When Grubb and her associates did not leave the scene as directed, Special Agents instructed them again that they needed to leave because of their increasingly hostile attitudes. Agents repeated this directive a number of times as Grubb and her associates failed to leave.

7.  At some point, Grubb and another female began to walk towards the street. However, before getting to the street, the female accompanying Grubb turned around and began to walk towards SA Cooper, who was wearing law enforcement attire and had an ATF badge visibly hanging around his neck. SA Cooper placed his hand out and told the female to stay back. Despite his directive, the female walked all the way up to SA Cooper, at which point he placed his hand on her shoulder and told her once more to stop. At this time a male subject, later identified as Clinton WHITE, approached SA Cooper and began to yell and scream at him. As WHITE did this, SA Gillispie noticed a wrench in WHITE's hand and asked him to drop it. WHITE did not drop the wrench and continued approaching SA Cooper. SA Gillispie told WHITE again to drop the wrench, at which time WHITE complied and dropped the wrench. As WHITE continued to approached SA Cooper, SA Gillispie noticed WHITE's right hand was clenched.

8.  At this time, SA Cooper again told Grubb, WHITE, and the others with them to leave the property immediately until law enforcement had completed the execution of the warrant. Again, despite this directive, WHITE continued toward SA Cooper, ultimately coming within inches of SA Cooper's face and assumed what SA Cooper believed to be a hostile fighting position. Still yelling at SA Cooper, WHITE threatened to, "…beat your fucking ass". At that point, SA Cooper noticed WHITE's right hand was balled into a fist, with his elbow slightly bent and his arm at his waist as White began to draw his right fist back. SA Gillispie walked behind WHITE and grabbed WHITE's right arm, at which point WHITE immediately began struggling. SA Cooper grabbed WHITE's left hand, and WHITE began twisting his body around. Special Agents later discovered that WHITE had a hard metal object in his right fist.

9.  As SA Cooper attempted to control WHITE's left arm, WHITE wrapped his arm around SA Cooper's body. In response, SA Gillispie and SA Cooper forced WHITE to the ground. Grubb

5

then attempted to intervene and physically contacted SA Cooper with her hands. At this time, SA Dunning grabbed Grubb's right wrist and guided her to the ground, placing her hands behind her back. SA Dunning was eventually able to calm Grubb down and assisted her into a seated position but did not place her in handcuffs. During this time, WHITE was repeatedly told to stop resisting Special Agents; however, WHITE refused to comply with commands. WHITE continued to actively resist Agents by pulling away, refusing to open his hands, and attempting to push Agents off him. WHITE repeatedly tried to pull his hands towards his waistband while on the ground tussling with Agents. From SA Cooper's training and experience, which consists of over 21 years of law enforcement as a sworn police officer, he is aware subjects commonly conceal weapons in their waistbands and front pockets. It should be noted WHITE was later found to have had a 3" bladed knife is his front pants pocket and a punch-style window break tool.

10.   In an attempt to assist the Special Agents dealing with WHITE, TFO McCulloch approached WHITE and the SAs Cooper and Gillispie. At that time, WHITE was attempting to deliver knee strikes and kicks to get SA Cooper away from him. TFO McCulloch made several attempts to control WHITE's legs, and he was eventually able to gain control of them by pinning them down with his knees. WHITE continued to try and pull his left arm away from SA Cooper by keeping it balled up in a fist. SA Cooper struck WHITE approximately two times in the face while attempting to open his hand. WHITE continued to resist while calling the agents, "Bitches," and "Pigs." SA Gillispie was able to pin WHITE's right arm using his knee and was able to forcefully pry open WHITE's right hand, recovering a shiny, metal object. Eventually, agents were able to control WHITE's arms and legs and rolled WHITE to his stomach. Agents released pressure on WHITE in order to move him, but he continued to struggle. WHITE was rolled to his stomach, despite his efforts to resist. Once on his stomach, WHITE finally complied and was

handcuffed.  WHITE continued to be verbally hostile toward agents, telling them, "…Take these cuffs off and I'll beat any of your asses one on one."  WHITE continued to talk, stating, "Take these cuffs off and we'll all go in the back lawn."

11. SA Cooper ultimately sought medical attention for injuries to his right hand and knee sustained during WHITE's resistive and assaultive actions.

12. WHITE has a criminal history to include a felony conviction for False Info to a Pawnbroker as well as arrests for Kidnapping, Burglary, Assault and Aggravated Motor Vehicle Theft.

## CONCLUSION

13. Based on the foregoing facts, I believe that there is probable cause that Clinton WHITE has violated Title 18 U.S.C. § 111(a)(1), by forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with any person designated in section 1114 of this title – a federal officer – while engaged in or on account of the performance of official duties.

//

//

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information, and belief.

*s/Sara Mares*
Sara Mares, Special Agent
Bureau of Alcohol, Tobacco, Firearms,
and Explosives

SUBMITTED, ATTESTED TO, and Acknowledged by reliable electronic means on this 28th day of February, 2018.

_[signature]_
United States Magistrate Judge
Michael J. Watanabe

**Affidavit reviewed and submitted by Timothy D. Edmonds, Assistant United States Attorney.**