IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-138-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CLINTON WHITE,

    Defendant.

---

# INDICTMENT
## 18 U.S.C. § 111(a)(1)
### Assault of a Federal Officer

---

The Grand Jury charges:

### COUNT 1
18 U.S.C. § 111(a)(1)

On or about February 27, 2018, in the State and District of Colorado, the defendant, CLINTON WHITE, did forcibly assault, resist, oppose, impede, intimidate, and interfere with G.C., an officer and employee of the United States and of an agency in a branch of the United States Government while that person was engaged in and on account of the performance of their official duties, resulting in actual physical contact with G.C.; in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:


"Ink signature on file in Clerk's Office"
FOREPERSON

ROBERT C. TROYER
United States Attorney


s/ *Timothy D. Edmonds*
TIMOTHY D. EDMONDS
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0405
E-mail:   timothy.edmonds@usdoj.gov